AUSA  Mitra Jafary-Hariri          313-226-9632
Special Agent  Michael Jones       313-418-2947

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

United States of America
    v.

Janero GARRETT

Case: 2:17-mj-30219
Assigned To : Unassigned
Assign. Date : 5/2/2017
Description: CMP USA V GARRETT
(BG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 24, 2017 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
Complainant's signature

Michael A. Jones, ATF Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: _____ 05/02/2017 _____

City and state:  Detroit, Michigan

_____
Judge's signature

United States Magistrate Judge Elizabeth A. Stafford
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Michael A. Jones, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, a review of law enforcement reports, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.  The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

2.     I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since 2004. I have been involved in numerous investigations of federal and state narcotics, firearms, tobacco and explosives violations. These investigations have resulted in the arrests and convictions of numerous criminal defendants.

## PROBABLE CAUSE

3.     The Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) is conducting a criminal investigation concerning Janero GARRETT, B/M, DOB

1

XX/XX/1976, for a violation of Title 18, U.S.C. § 922(g)(1)—Felon in Possession of a Firearm—that occurred on or about April 24, 2017 in Detroit, Michigan.

4.      On April 24, 2017, Detroit Police Department Officers were traveling in a marked patrol car in Detroit, Michigan. The officers observed multiple individuals standing in the middle of Flanders Street, near Gunston Street. The individuals were consuming alcoholic beverages in public, and officers attempted to make contact with the individuals for the infraction.

5.      The officers observed an unknown individual, later identified as Janero GARRETT, look toward the officers' scout car, clutch his waistband, and walk away hurriedly.

6.      Officers then exited the scout car and observed GARRETT position himself behind a parked vehicle and reach under his hooded sweatshirt near his waistband. Officers, unable to observe GARRETT'S movements, ordered GARRETT away from the parked vehicle.

7.      During that time, officers observed GARRETT remove a Sig Sauer, model: P250, 9mm caliber handgun, from his waistband.

8.      The officers placed GARRETT into custody. During the investigation, Officers determined that GARRETT did not have a valid CPL.

9.      On May 1, 2017, S/A Jones conducted a NCIC Computerized Criminal History query of GARRETT.  Results of the CCH query of GARRETT indicate that he possesses the following Felony conviction: Felony Weapons – Carrying Concealed, 3rd Circuit Court, Wayne County, Michigan, CFN: 0000610701 (2001).

10.     GARRETT also has convictions from this Court for possession of 18 kilograms of marijuana with the intent to distribute in violation of 21 U.S.C. § 841(a), and possession of four loaded firearms in furtherance of a drug trafficking crime in violation of 18 U.S.C. § 924(c).  GARRETT served a custodial sentence for those convictions and is currently on supervised release in the Eastern District of Michigan. GARRETT has been on supervised release in this district since March 13, 2017.

11.     On May 1, 2017, S/A Jones contacted ATF Interstate Nexus Expert S/A David Salazar, Jr. regarding the above referenced firearm recovered from GARRETT. S/A Salazar advised, based upon the verbal descriptions provided, without physically examining the firearm, the referenced firearm is a "firearm" as defined under Title 18, United States Code, Section 921, and was manufactured outside of the state of Michigan, and therefore had traveled in and affected interstate commerce.

## CONCLUSION

12.     Based on the aforementioned facts, I have probable cause to believe that on or about April 24, 2017, in the Eastern District of Michigan, Janero GARRETT, a convicted felon, did knowingly possess a firearm: Sig Sauer, model: P250, 9mm caliber

3

handgun, that had previously traveled in interstate and/or foreign commerce, in violation of Title 18, U.S.C., Section 922(g)(1).

_____
Special Agent Michael A. Jones
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me
This 2nd day of May, 2017.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE
EASTERN DISTRICT OF MICHIGAN